IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


YOULANDA McKEEVER                                                    Plaintiff

v.                              3:05CV00223 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,[1]                                          Defendant


ORDER

Plaintiff has filed a motion to dismiss this case without prejudice, explaining that the Appeals Council vacated its decision upon which this case was based, and issued a new decision, which Plaintiff has appealed in McKeever v. Barnhart, 3:05CV00223 HLJ.

Defendant has not objected to the granting of Plaintiff's motion.  There appears no other reason that Plaintiff's motion should not be granted.

Often, under circumstances such as are presented here, plaintiffs merely ask that the two cases be consolidated.  The better practice is to dismiss the older case without prejudice, as Plaintiff has requested.

WHEREFORE, premises considered, Plaintiff's motion to dismiss without prejudice (docket entry #7) is hereby granted.  All other

---

[1] Jo Anne B. Barnhart replaced Acting Commissioner Larry G. Massanari November 9, 2001.

pending motions are hereby rendered moot.

   IT IS SO ORDERED.

   DATED this 5th day of January, 2006.


                                   _____
                                   UNITED STATES MAGISTRATE JUDGE